[No. 689-2.   Division Two.   August 9, 1973.]

CHARLES E. MCARTHUR, *Appellant*, v. JOHN M. DONNELL
*et al., Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 43713, Robert J. Doran, J., entered November 12, 1971. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1501-1.   Division One.   August 20, 1973.]

MELVIN I. ROBISON *et al., Respondents*, v. GEORGE O. GELLERT
*et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 706576, Story Birdseye, J., entered January 28, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by James and Williams, JJ.

[No. 1652-1.   Division One.   August 20, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN DON
HARTZOG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59182, Robert W. Winsor, J., entered April 12, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by James and Williams, JJ.

[No. 1707-1.   Division One.   August 20, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WESLEY
NOEL, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59437, Frank H. Roberts, Jr., J., entered May 26, 1972. *Remanded* by unpublished per curiam opinion.